NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FINTIV, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1345

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00976.

---

Decided: April 30, 2025

---

MEREDITH LEIGH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for appellant. Also represented by CHARLES A. PANNELL, III; BENJAMIN CAPPEL, Chicago, IL; CAREN YUSEM, Washington DC; JECEACA AN, Kasowitz Benson Torres LLP, New York, NY; MARCUS BARBER, JOHN DOWNING, DARCY L. JONES, HEATHER KIM, THUCMINH NGUYEN, JONATHAN K. WALDROP, Redwood Shores, CA.

FAN ZHANG, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by DOUGLAS

HALLWARD-DRIEMEIER; JAMES LAWRENCE DAVIS, JR., JAMES RICHARD BATCHELDER, CHRISTOPHER M. BONNY, East Palo Alto, CA; BRIAN LEBOW, CASSANDRA B. ROTH, New York, NY.

---

Before PROST, TARANTO, and STARK, *Circuit Judges*.

PROST, *Circuit Judge*.

Fintiv, Inc. ("Fintiv") appeals a final written decision by the Patent Trial and Appeal Board holding claims 1–3 of U.S. Patent No. 9,892,386 ("the '386 patent") unpatentable. Today we issued an opinion in related case *Fintiv, Inc. v. PayPal Holdings, Inc.*, No. 23-2312 (Fed. Cir. Apr. 30, 2025), holding, among others, claims 1–3 of the '386 patent invalid as indefinite. There is no dispute that our affirmance in the related case compels dismissing as moot this appeal. *See* Oral Arg. at 0:27–0:40, No. 24-1345, https://oralarguments.cafc.uscourts.gov/default.aspx?fl=24-1345_03032025.mp3. Accordingly, having affirmed in the related case, we dismiss as moot this appeal.

**DISMISSED**