# United States Court of Appeals for the Federal Circuit

**FINTIV, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

2024-1345

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00976.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 30, 2025
Date